IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HUBERT L KING, JR,

    Plaintiff,

v.                                           CASE NO. 4:09-cv-00287-MP-CAS

CAROLYN W COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 59, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner to deny plaintiff's application for Social Security benefits during the relevant time period be affirmed. After a thorough review of the record, the Magistrate Judge concluded that "the findings of the ALJ are based upon substantial evidence in the record and the ALJ correctly followed the law." Doc. 59 at 26. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge, Doc. 59, is ACCEPTED and incorporated herein.

    2.     The decision of the Commissioner, denying benefits, is AFFIRMED.

    **DONE AND ORDERED** this _23rd_ day of January, 2014



                                              Maurice M. Paul, Senior District Judge